UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE<br><br>　　　　　Plaintiff,<br>v.<br><br>XANADU MARKETING, INC.<br>d/b/a "Lending Cloud 365,"<br>MOTOR TREND GROUP, LLC<br>JOHN and/or JANE DOE(S); and/or<br>XYZ COMPANY(IES)<br><br>　　　　　Defendants. | Civil Action No. |

## NOTICE OF REMOVAL OF STATE COURT ACTION

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, defendants Xanadu Marketing, Inc. d/b/a "Lending Cloud 365" and Motor Trend Group, LLC ("Defendants") hereby remove the civil action captioned, *Robert A. Doane v. Xanadu Marketing, Inc. d/b/a "Lending Cloud 365," Motor Trend Group, LLC, John and/or Jane Doe(s), and/or XYZ Company(ies)*, Civil Action No. 1935CV00016 from the Edgartown District Court of the Commonwealth of Massachusetts for the County of Dukes, to the United States District Court for the District of Massachusetts, Eastern Division. Defendants reserve all defenses and claims available to them. In support of this Notice of Removal, Defendants set forth the following grounds for removal.

　　　　1.　On or about September 3, 2019, plaintiff Robert A. Doane commenced a civil action in the Edgartown District Court of the Commonwealth of Massachusetts for the County of Dukes, captioned *Robert A. Doane v. Xanadu Marketing, Inc. d/b/a "Lending Cloud 365," Motor Trend Group, LLC, John and/or Jane Doe(s), and/or XYZ Company(ies)*, Civil Action No. 1935CV00016 (the "State Court Action"). True and correct copies of all the process, pleadings

and orders from the State Court Action that have been served on or provided to Defendants are attached hereto as Notice of Removal Exhibit A. No further proceedings have taken place in the State Court Action.

2. Defendants have not pled or answered in the State Court Action.

3. This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as Defendants are removing this action within 30 days of receipt of Plaintiffs' Complaint in the State Court Action.

4. The Complaint purports to assert a cause of action, *inter alia,* for violations of the federal Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227.

5. This is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(c) because it includes a cause of action for alleged violation of the TCPA, and therefore involves a Federal Question.

6. Removal of this Court is proper as the Edgartown District Court of the Commonwealth of Massachusetts for the County of Dukes, wherein this action was originally brought, is within this district.

7. Counsel for Defendants certify that they will promptly serve a copy of this Notice of Removal on Plaintiff and will file a copy of this Notice of Removal with the Edgartown District Court of the Commonwealth of Massachusetts for the County of Dukes, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, pursuant to 28 U.S.C. § 1331, 1441, 1446, Defendants remove this action in its entirety from the Edgartown District Court of the Commonwealth of Massachusetts for the County of Dukes to the United States District Court for the District of Massachusetts.

Dated:  September 25, 2019

                           Respectfully submitted,
                           DEFENDANTS
                           Xanadu Marketing, Inc.
                           d/b/a "Lending Cloud 365"
                           and Motor Trend Group, LLC

                           By their attorneys,

                           /s/ Paul R. Mastrocola
                           Paul R. Mastrocola (BBO #630664)
                           pmastrocola@burnslev.com
                           Burns & Levinson LLP
                           125 High Street
                           Boston, MA 02100
                           (617) 345-3244
                           (617) 345-3299 (fax)

OF COUNSEL:
Daniel Delnero (*pro hac vice* to be filed)
Squire Patton Boggs (US) LLP
1230 Peachtree Street, NE, Suite 1700
Atlanta, GA 30309
daniel.delnero@squirepb.com
Tel:  678-272-3230
Fax: 678-272-3211

## CERTIFICATE OF SERVICE

     I, Paul R. Mastrocola, hereby certify that a true and correct copy of the Notice of Removal and all attachments thereto will be filed via CM/ECF and sent by email and U.S. mail this 25th day of September 2019 to:

Robert A. Doane
103 Prospect Street
Wakefield, MA 01880
Email:  robertdoane@rcn.com

                           /s/ Paul R. Mastrocola
                           Paul R. Mastrocola

4826-2766-1735.1