UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT A. DOANE

               Plaintiff,

v.

XANADU MARKETING, INC.

d/b/a "Lending Cloud 365,"

MOTOR TREND GROUP, LLC

JOHN and/or JANE DOE(S); and/or

XYZ COMPANY(IES)

               Defendants

Case No. 19-cv-12018-FDS

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, including pro se plaintiff and defendants by their attorneys, whose signatures appear below, do hereby stipulate and agree that all issues raised by this action have been resolved and that the case should be dismissed with prejudice, without costs assessed against any party, each party to bear its own attorneys' fees, and each party waiving all rights to appeal.

**ROBERT A. DOANE**                       XANADU MARKETING, INC. et al.
Plaintiff, pro se                         Defendants

/s/ Robert A. Doane                       /s/ Paul R. Mastrocola
Robert A Doane                            Paul R. Mastrocola
103 Prospect St.                          Burns & Levinson LLP
Wakefield, MA 01880                       125 High Street
                                          Boston MA 02110
                                          Telephone: (617) 345-3000
                                          Fax: (617) 345-3299
                                          Email: pmastrocola@burnslev.com


                                          OF COUNSEL:

                                          Daniel Delnero
                                          Squire Patton Boggs (US) LLP
                                          1230 Peachtree Street, NE, Suite 1700
                                          Atlanta, GA 30309
                                          daniel.delnero@squirepb.com
                                          Tel:  678-272-3230
                                          Fax: 678-272-3211



<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and

paper copies will be sent to those indicated as non-registered participants on July 17, 2020.


/s/ Paul R. Mastrocola

4843-6413-9197.1